## EXHIBIT A

**Copy of State Court Docket Sheet**

345th District Court

# Case Summary

### Case No. D-1-GN-18-001842

**POZNER V. JONES**

§
§

Location: **345th District Court**
Filed on: **04/16/2018**

---

## Case Information

---

Case Type: Defamation
Case Status: **04/16/2018  Open**

---

## Assignment Information

---

**Current Case Assignment**
Case Number   D-1-GN-18-001842
Court         345th District Court
Date Assigned 04/16/2018

---

## Party Information

---

| | | |
|---|---|---|
| **Defendant** | **FREE SPEECH SYSTEMS LLC** | **REYNAL, FEDERICO ANDINO** *Retained* |
| | **INFOWARS LLC** | **REYNAL, FEDERICO ANDINO** *Retained* |
| | **JONES, ALEX E** | **REYNAL, FEDERICO ANDINO** *Retained* |

---

## Case Events

---

| | |
|---|---|
| 04/16/2018 | ASM:GN CIVIL PETITION *Event Code: 600 Adjmt Amount: 307.00* |
| 04/16/2018 | !ORIGINAL PETITION/APPLICATION *PLAINTIFFS ORIGINAL PETITION AND REQUEST FOR DISCLOSURE (SD) Event Code: 5080* |
| 04/16/2018 | NEW:ORIGINAL PETITION/APPL (OCA) *Event Code: 4500* |
| 04/23/2018 | LETTER/EMAIL/CORR *LETTER Event Code: 5414* |
| 04/26/2018 | ASM:CITATION ISSUE *Event Code: 702 Adjmt Amount: 24.00* |
| 05/29/2018 | ANSWER *DEFENDANTS' ORIGINAL ANSWER Event Code: 5150* Party:   Defendant JONES, ALEX E |
| 06/19/2018 | MOTION *MOTION FOR SUBSTITUTION OF COUNSEL Event Code: 5265* Party:   Defendant JONES, ALEX E |
| 06/25/2018 | ORD:SUB & OR WITHDRAW COUNSEL |

**345th District Court**

## Case Summary

**Case No. D-1-GN-18-001842**

    *ORDER ON MOTION FOR SUBSTITUTION OF COUNSEL Event Code: 8232*
       Party:  Defendant JONES, ALEX E

06/26/2018
AMENDED/SUPPLEMENTED ANSWER
    *DEFENDATS' FIRST AMENDED ANSWER Event Code: 5152*
       Party:  Defendant JONES, ALEX E

06/26/2018
MOTION
    *DEFENDANTS' MOTION TO DISMISS UNDER THE TEXAS CITIZENS' PARTICIPATION ACT Event Code: 5265*
       Party:  Defendant JONES, ALEX E

06/27/2018
LETTER/EMAIL/CORR
    *VACATION LETTER Event Code: 5414*
       Party:  Defendant JONES, ALEX E

06/28/2018
LETTER/EMAIL/CORR
    *VACATION LETTER Event Code: 5414*

06/29/2018
LETTER/EMAIL/CORR
    *VACATION LETTER Event Code: 5414*
       Party:  Defendant JONES, ALEX E

06/29/2018
NOTICE
    *NOTICE OF HEARING Event Code: 5554*
       Party:  Defendant JONES, ALEX E

07/03/2018
LETTER/EMAIL/CORR
    *LETTER FROM COUNSEL TO DISTRICT CLERK Event Code: 5414*

07/19/2018
LETTER/EMAIL/CORR
    *LETTER FROM LORA J LIVINGSTON LOCAL ADMINISTRATIVE JUDGE TRA VIS COUNTY,TEXAS Event Code: 5414*

07/25/2018
RESPONSE
    *PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS UNDER THE TEXAS CITIZENS PARTICIPATION ACT Event Code: 5153*

07/27/2018
MOTION
    *DEFENDANTS' FIRST SUPPLEMENT TO MOTION TO DISMISS UNDER THE TEXAS CITIZENS PARTICIPATION ACT Event Code: 5265*
       Party:  Defendant JONES, ALEX E

07/27/2018
!AFFIDAVIT
    *SUPPLEMENTAL AFFIDAVIT OF DAVID JONES Event Code: 5482*

07/30/2018
AFFIDAVIT
    *SUPPLEMENTAL AFFIDAVITS IN SUPPORT OF MOTION TO DISMISS UNDE R THE TEXAS CITIZENS PARTICIPATION ACT Event Code: 5401*
       Party:  Defendant JONES, ALEX E

07/31/2018
OTHER
    *DEFENDANTS' SECOND SUPPLEMENT TO MOTION TO DISMISS UNDER THE TEXAS CITIZENS PARTICIPATION ACT Event Code: 5415*
       Party:  Defendant JONES, ALEX E

**345th District Court**

## Case Summary

### Case No. D-1-GN-18-001842

07/31/2018

AFFIDAVIT
*SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS UNDER THE TEXAS CITIZENS PARTICIPATION ACT*
*Event Code: 5401*
  Party:  Defendant JONES, ALEX E

07/31/2018

OBJECTIONS
*DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EVIDENCE SUBMITTED IN RESPONSE TO DEFENDANTS' MOTION TO DISMISS*
*UNDER TO THE TEXAS CITIZENS PARTICIPATION ACT Event Code: 5156*
  Party:  Defendant JONES, ALEX E

07/31/2018
        LETTER/EMAIL/CORR
        *LETTER (FLASH DRIVE EXHIBIT #B-46;B-47;B48;B-50 INCLUDED) Event Code: 5414*
          Party:  Defendant JONES, ALEX E

07/31/2018
        PLEADING
        *PLAINTIFFS? FIRST AMENDED PETITION Event Code: 5054*

07/31/2018

ANSWER & ADDITIONAL PLEADING
*PLAINTIFFS? OBJECTION TO AFFIDAVIT AND SUPPLEMENTAL AFFIDAVI AFFIDAVITS IN SUPPORT OF DEFENDANTS?*
*MOTION TO DISMISS UNDER THE TEXAS CITIZENS PARTICIPATION ACT Event Code: 5151*

08/01/2018

OTHER
*DEFENDANTS' BRIEF IN SUPPORT OF ITS MOTION TO DISMISS UNDER THE TEXAS CITIZENS PARTICIPATION ACT Event*
*Code: 5415*
  Party:  Defendant JONES, ALEX E

08/01/2018

MOTION
*REQUEST FOR ORDER TO ALLOW MEDIA COVERAGE WITH CONSENT OF PA RTIES OR WITNESSES Event Code: 5265*

08/01/2018
        LETTER/EMAIL/CORR
        *LETTER (EXHIBIT) Event Code: 5414*
          Party:  Defendant JONES, ALEX E

08/02/2018

MOTION
*DEFENDANTS' SECOND MOTION TO DISMISS UNDER THE TEXAS CITIZEN S' PARTICIPATION ACT Event Code: 5265*
  Party:  Defendant JONES, ALEX E

08/02/2018
        NOTICE
        *PLAINTIFFS' NOTICE OF SUPPLEMENTATION OF THE RECORD Event Code: 5554*

08/06/2018
        LETTER/EMAIL/CORR
        *LETTER EMAILED TO TIFFANEY GOULD Event Code: 5414*
          Party:  Defendant JONES, ALEX E

08/06/2018
        LETTER/EMAIL/CORR
        *COMMUNICATION EMAILED TO TIFFANEY GOULD Event Code: 5414*
          Party:  Defendant JONES, ALEX E

08/06/2018

OBJECTIONS
*OBJECTIONS TO LATE FILED DECLARATIONS OF LEONARD POZNER AND VERONIQUE DE LA ROSA Event Code: 5156*
  Party:  Defendant JONES, ALEX E

**345th District Court**

## Case Summary

### Case No. D-1-GN-18-001842

08/07/2018

RESPONSE

*PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO THE DECLARATIONS OF LEONARD POZNER AND VERONIQUE DE LA ROSA WITH ATTACH ORDER Event Code: 5153*

08/07/2018

LETTER/EMAIL/CORR
*LETTER TO JUDGE JENKINS Event Code: 5414*

08/07/2018

LETTER/EMAIL/CORR
*LETTER FROM COUNSEL WITH FLASH DRIVE ATTACHED EX L-A Event Code: 5414*

08/10/2018

LETTER/EMAIL/CORR
*LETTER TO JUDGE JENKINS Event Code: 5414*
Party:   Defendant JONES, ALEX E

08/10/2018

RESPONSE

*DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO OBJECTIONS TO L ATE FILED DECLARATIONS OF LEONARD POZNER AND VERONIQUE DE LA ROSA Event Code: 5153*
Party:   Defendant JONES, ALEX E

08/10/2018

ASSIGNMENT BY PRESIDING JUDGE
*ASSIGNMENT BY PRESIDING JUDGE Event Code: 5423*

08/16/2018

LETTER/EMAIL/CORR
*LETTER FROM SCOTT H JENKINS JUDGE 53RD DISTRICT COURT TRAVIS COUNTY, TEXAS Event Code: 5414*

08/17/2018

NOTICE
*NOTICE OF HEARING Event Code: 5554*
Party:   Defendant JONES, ALEX E

08/23/2018

OTHER
*ARGUMENT OF AMICUS CURIAE Event Code: 5415*

08/23/2018

MOTION
*MOTION FOR LEAVE TO APPEAR AS FRIEND OF THE COURT Event Code: 5265*

08/27/2018

OTHER

*DEFENDANTS' RENEWED REQUEST FOR RULINGS ON TIMELY FILED OBJECTIONS TO PLAINTIFFS' EVIDENCE Event Code: 5415*
Party:   Defendant JONES, ALEX E

08/29/2018

ORD:DENIED MOTION/APPLICATION
*ORDER DENYING MOTION TO DISMISS Event Code: 8209*
Party:   Defendant JONES, ALEX E

08/30/2018

JUDGMENT NOTICE MAILED
*Form Number L60-51972 Issued by BARI HENSON (5601) JUDGMENT NOTICE MAILED Event Code: 5601*
Party:   Defendant JONES, ALEX E

08/30/2018

JUDGMENT NOTICE MAILED
*Form Number L60-51973 Issued by BARI HENSON (5601) JUDGMENT NOTICE MAILED Event Code: 5601*

09/04/2018

OBJECTIONS

*DEFENDANTS' OBJECTION TO THE COURT'S REFUSAL TO RULE ON OBJECTIONS AND SECOND RENEWED REQUEST FOR RULINGS ON TIMELY FILED OBJECTIONS TO PLAINTIFFS' EVIDENCE Event Code: 5156*

**345th District Court**

## Case Summary

### Case No. D-1-GN-18-001842

Party:  Defendant JONES, ALEX E

09/06/2018

OTHER
*DEFENDANTS' REQUEST FOR THIS COURT TO TAKE JUDICIAL NOTICE O F ITS OWN DOCKET CONDITIONS NECESSITATING DELAY OF HEARING O N DEFENDANTS' SECOND MOTION TO DISMISS UNDER THE TEXAS CITIZ ENS PARTICIPATION ACT Event Code: 5415*
Party:  Defendant JONES, ALEX E

09/12/2018
NOTICE OF APPEAL
*DF-1 NOTICE OF APPEAL Event Code: 5553*
Party:   Defendant JONES, ALEX E

09/12/2018
DESIGNATION CLRKS/REPORTR REC
*DF-1 DESIGNATION FOR CLERK'S RECORD Event Code: 5409*
Party:  Defendant JONES, ALEX E

09/12/2018
DESIGNATION CLRKS/REPORTR REC
*DF-1 DESIGNATION FOR COURT REPORTER'SRECORD Event Code: 5409*
Party:   Defendant JONES, ALEX E

09/13/2018  ASM:CLERKS RECORD
*Event Code: 939 Adjmt Amount: 2343.00*
Party:  Defendant JONES, ALEX E

09/13/2018
MSF:BILL OF COST FOR CLERK REC
*Form Number B03-2657 Issued by HAMILTON LYNDA SELINA (102) MSF:BILL OF COST FOR C Event Code: 102*
Party:   Defendant JONES, ALEX E

09/13/2018
LETTER/EMAIL/CORR
*LETTER FROM 3RD COA Event Code: 5414*

09/14/2018
LETTER/EMAIL/CORR
*LETTER FROM MARK C. ENOCH Event Code: 5414*
Party:   Defendant JONES, ALEX E

09/18/2018
CLERKS RECORD TRANSMITTAL
*TAMES RECORD SUBMISSION FOR COURT CLERK'S RECORD Event Code: 5606*

09/18/2018
LETTER/EMAIL/CORR
*LETTER FROM 3RD COA Event Code: 5414*

09/20/2018
LETTER/EMAIL/CORR
*LETTER TO TIFFANY GOULD FOR JUDGE JENKINS Event Code: 5414*
Party:   Defendant JONES, ALEX E

10/12/2018
CLERKS RECORD TRANSMITTAL
*EXHIBITS AND LETTER FILED WITH 3RD COA Event Code: 5606*

10/26/2018
LETTER/EMAIL/CORR
*LETTER FROM 3RD COA Event Code: 5414*

12/07/2018
LETTER/EMAIL/CORR
*VACATION LETTER Event Code: 5414*

02/06/2019
MOTION
*JASON A JENSEN'S MOTION FOR LEAVE TO INTERVENE Event Code: 5265*

11/05/2019
ORD:JUDGMENT

**345th District Court**

## Case Summary

**Case No. D-1-GN-18-001842**

*MEMORANDUM OPINION AND JUDGMENT FROM 3RD COA Event Code: 8216*

11/06/2019
NTC:ATTORNEY/COUNSEL
*NOTICE OF APPEARANCE OF COUNSEL Event Code: 5550*
Party: Defendant JONES, ALEX E

12/17/2019
LETTER/EMAIL/CORR
*LETTER FROM 3RD COA Event Code: 5414*

12/17/2019
LETTER/EMAIL/CORR
*LETTER FROM 3RD COA Event Code: 5414*

01/21/2020
LETTER/EMAIL/CORR
*LETTER FROM 3RD COA Event Code: 5414*

01/21/2020
LETTER/EMAIL/CORR
*LETTER FROM 3RD COA Event Code: 5414*

01/21/2020
LETTER/EMAIL/CORR
*LETTER FROM 3RD COA Event Code: 5414*

02/03/2020
LETTER/EMAIL/CORR
*LETTER FROM 3RD COA Event Code: 5414*

04/28/2020
LETTER/EMAIL/CORR
*LETTER FROM SUPREME COURT OF TEXAS Event Code: 5414*

07/23/2020
LETTER/EMAIL/CORR
*LETTER/EMAIL/CORR FROM THIRD COURT OF APPEALS Event Code: 5414*

01/22/2021
OTHER
*LETTER FROM THE SUPREME COURT OF TEXAS Event Code: 5415*

02/02/2021
OTHER
*LETTER FROM THE THIRD COURT OF APPEALS Event Code: 5415*

02/02/2021
OTHER
*LETTER FROM THE SUPREME COURT OF TEXAS Event Code: 5415*

02/19/2021
OTHER
*LETTER FROM 3RD COA Event Code: 5415*

02/19/2021
OTHER
*LETTER TO SUPREME COURT OF TEXAS Event Code: 5415*

02/23/2021
OTHER
*LETTER FROM SUPREME COURT OF TEXAS Event Code: 5415*

02/24/2021
OTHER
*LETTER FROM 3RD COA Event Code: 5415*

03/09/2021
ASSIGNMENT BY PRESIDING JUDGE
*ASSIGNMENT BY PRESIDING JUDGE Event Code: 5423*

03/10/2021
ASSIGNMENT BY PRESIDING JUDGE
*ASSIGNMENT BY PRESIDING JUDGE Event Code: 5423*

**345th District Court**

## Case Summary

### Case No. D-1-GN-18-001842

03/11/2021
OTHER
*LETTER FROM 3RD COA Event Code: 5415*

03/11/2021
ASSIGNMENT BY PRESIDING JUDGE
*LETTER WITH COURT ASSIGNEMENT Event Code: 5423*

04/16/2021
OTHER
*LETTER FROM 3RD COA Event Code: 5415*

04/20/2021
ASSIGNMENT BY PRESIDING JUDGE
*Event Code: 5423*

04/27/2021
NOTICE
*NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS Event Code: 5554*
Party:  Defendant JONES, ALEX E

04/27/2021
MOTION
*DEFENDANTS? UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL AND WITHDRAWAL OF COUNSEL Event Code: 5265*
Party:  Defendant JONES, ALEX E

05/14/2021
OTHER
*LETTER Event Code: 5415*

06/02/2021
OTHER
*LETTER FROM JUDGE GAMBLE Event Code: 5415*

06/03/2021
OTHER
*LETTER FROM JUDGE GUERRA GAMBLE Event Code: 5415*

06/04/2021
ORDER
*MANDATE FROM 3RD COA Event Code: 8225*

06/15/2021
MOTION
*DEFENDANTS? AMENDED UNOPPOSED MOTION FOR SUBSTITUTION OF COU NSEL AND WITHDRAWAL OF COUNSEL Event Code: 5265*

06/15/2021
OTHER
*UNSIGNED ORDER/PROPOSED ORDER Event Code: 5415*

06/21/2021
ORDER
*ORDER GRANTING DEFENDANTS? AMENDED UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL AND WITHDRAWAL OF COUNSEL Event Code: 8225*

07/06/2021
MOTION
*AGREED MOTION TO ENTER LEVEL 3 SCHEDULING ORDER Event Code: 5265*

07/06/2021
MOTION
*OPPOSED MOTION FOR PRO HAC VICE ADMISSION OF MARC J. RANDAZZ A Event Code: 5265*

07/06/2021
MOTION
*OPPOSED MOTION FOR PRO HAC VICE ADMISSION OF MARC J. RANDAZZ A BY RESIDENT ATTORNEY Event Code: 5265*

07/06/2021
OTHER

Printed on 04/18/2022 at 9:46 AM

**345th District Court**

# Case Summary

### Case No. D-1-GN-18-001842

*UNSIGNED ORDER/PROPOSED ORDER Event Code: 5415*

07/07/2021

OTHER

*NON-PARTY AMOS PICTURES, LTD.?S REQUEST FOR ORDER TO ALLOW RECORDING AND BROADCASTING OF COURT PROCEEDINGS Event Code: 5415*

07/12/2021    OTHER

*UNSIGNED ORDER/PROPOSED ORDER Event Code: 5415*

07/19/2021    ORDER

*ORDER ALLOWING RECORDING AND BROADCASTING OF COURT PROCEEDIN GS Event Code: 8225*

07/23/2021    ANSWER

*PLAINTIFFS? RESPONSE TO MOTION FOR PRO HAC VICE ADMISSION Event Code: 5150*

07/27/2021    MOTION

*PLAINTIFFS' MOTION TO COMPEL AND MOTION FOR SANCTIONS Event Code: 5265*

07/30/2021    ANSWER

*REPLY IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION OF MAR C J. RANDAZZA Event Code: 5150*

08/02/2021

ANSWER

*PLAINTIFFS? SUPPLEMENTAL RESPONSE TO MOTION FOR PRO HAC VICE REGARDING WITNESS TAMPERING IN THIS LAWSUIT Event Code: 5150*

08/02/2021

ANSWER

*PLAINTIFFS? SUPPLEMENTAL RESPONSE TO MOTION FOR PRO HAC VICE REGARDING FALSE ACCUSATIONS AGAINST PLAINTIFFS? COUNSEL Event Code: 5150*

08/17/2021    MOTION

*SUPPLEMENT TO MOTION FOR PRO HAC VICE ADMISSION OF MARC J. RANDAZZA Event Code: 5265*

08/18/2021

ANSWER

*PLAINTIFFS? RESPONSE TO DEFENDANTS? SUPPLEMENT TO MOTION FOR PRO HAC VICE ADMISSION Event Code: 5150*

08/19/2021    NOTICE

*NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS Event Code: 5554*

08/19/2021    MOTION

*PLAINTIFFS' MOTION FOR PROTECTION REGARDING IN CAMERA REVIEW Event Code: 5265*

08/30/2021

ANSWER

*DEFENDANTS? RESPONSE TO PLAINTIFFS? MOTION TO COMPEL AND MOTION FOR SANCTIONS Event Code: 5150*
Party:   Defendant JONES, ALEX E

09/01/2021    NOTICE

*PLAINTIFFS' NOTICE OF FILING DECLARATION REGARDING ATTORNEYS ' FEES Event Code: 5554*

09/08/2021

ANSWER

*DEFENDANTS? OBJECTIONS AND RESPONSE TO PLAINTIFFS? DECLARATION REGARDING ATTORNEYS? FEES Event Code: 5150*
Party:   Defendant JONES, ALEX E

345th District Court

## Case Summary

### Case No. D-1-GN-18-001842

09/10/2021

ANSWER

*PLAINTIFFS? RESPONSE TO DEFENDANTS? OBJECTIONS TO DECLARATIO N REGARDING ATTORNEYS? FEES Event Code: 5150*

09/13/2021

OTHER

*RULE 203 CERTIFICATE-NEWTOWN YOUTH & FAMILY SERVICES BILLING Event Code: 5415*

09/13/2021

OTHER

*RULE 203 CERTIFICATE-NEWTOWN YOUTH & FAMILY SERVICES MEDICAL PSYCHIATRIC Event Code: 5415*

09/15/2021

MOTION

*PLAINTIFFS? MOTION FOR LEAVE TO SERVE NET WORTH DISCOVERY Event Code: 5265*

09/15/2021

MOTION

*PLAINTIFFS? MOTION FOR PROTECTION REGARDING MARC RANDAZZA Event Code: 5265*

09/15/2021

MOTION

*PLAINTIFFS? UNOPPOSED MOTION FOR PROTECTIVE ORDER OF CONFIDENTIALITY Event Code: 5265*

09/15/2021

NOTICE

*PLAINTIFFS? NOTICE REGARDING STATUS OF DISCOVERY Event Code: 5554*

09/15/2021

OTHER

*PLAINTIFFS? DESIGNATION OF EXPERTS Event Code: 5415*

09/27/2021

ORDER

*ORDER ON PLAINTIFFS' MOTION TO COMPEL AND MOTION FOR SANCTIONS Event Code: 8225*

10/05/2021

ORDER    (Judicial Officer: GAMBLE, MAYA GUERRA)

*ORDER ON ATTORNEYS FEES FOR PLAINTIFFS MOTIONS FOR SANCTIONS*

10/11/2021

MOTION

*PLAINTIFFS MOTION TO MODIFY SEPTEMBER 27, 2021 ORDER*

10/11/2021

OTHER

*RULE 203- AGAPE THEORY INSTITUTE (MEDICAL/ PSYCHIATRIC)*

10/11/2021

OTHER

*RULE 203- AGAPE THERAPY INSTITUTE (BILLING)*

10/15/2021

ORDER    (Judicial Officer: GAMBLE, MAYA GUERRA)

*AMENDED ORDER ON PLAINTIFFS' MOTION TO COMPEL AND MOTION FOR SANCTIONS*

10/22/2021

ANSWER

*DEFENDANTS RESPONSE TO PLAINTIFFS MOTION TO CONSOLIDATE*

10/22/2021

OTHER

*PROPOSED ORDER*

10/25/2021

ANSWER

*DEFENDANTS RESPONSE TO PLAINTIFFS MOTION FOR LEAVE TO CONDUCT NET WORTH DISCOVERY*

10/25/2021

OTHER

*UNSIGNED PROPOSED ORDER*

10/25/2021

ANSWER

345th District Court

## Case Summary

### Case No. D-1-GN-18-001842

*DEFENDANTS RESPONSE TO PLAINTIFFS MOTION FOR PROTECTION REGARDING MARC RANDAZZA*

| | |
|---|---|
| 10/25/2021 | OTHER
*UNSIGNED PROPOSED ORDER* |
| 10/25/2021 | ANSWER
*DEFENDANTS RESPONSE TO PLAINTIFFS MOTION TO MODIFY SEPTEMBER 27, 2021 ORDER* |
| 10/25/2021 | OTHER
*UNSIGNED PROPOSED ORDER* |
| 10/26/2021 | ORDER    (Judicial Officer: GAMBLE, MAYA GUERRA)
*ORDER ON MOTION FOR PROTECTIVE ORDER OF CONFIDENTIALITY* |
| 11/05/2021 | ORDER    (Judicial Officer: GAMBLE, MAYA GUERRA)
*ORDER ON PLAINTIFFS MOTION FOR LEAVE TO SERVE NET WORTH DISCOVEY* |
| 11/10/2021 | OTHER
*LETTER FROM 3RD COA* |
| 11/17/2021 | OTHER
*LETTER FROM 3RD COA* |
| 11/17/2021 | OTHER
*MEMORANDUM OPINION FROM 3RD COA* |
| 12/07/2021 | ORDER    (Judicial Officer: GAMBLE, MAYA GUERRA)
*ORDER ON MOTION FOR PROTECTIVE ORDER OF CONFIDENTIALITY* |
| 12/13/2021 | ORDER    (Judicial Officer: GAMBLE, MAYA GUERRA)
*ORDER ON PLAINTIFFS' MOTION TO CONSOLIDATE* |
| 12/13/2021 | ORDER    (Judicial Officer: GAMBLE, MAYA GUERRA)
*ORDER ON PLAINTIFF'S MOTION FOR PROTECTION REGARDING MARC RANDAZZA* |
| 12/27/2021 | MOTION
*PLAINTIFFS MOTION FOR SANCTIONS REGARDING CORPORATE DEPOSITION* |
| 01/04/2022 | MOTION
*DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' EXPERTS , FRED ZIPP AND BECCA LEWIS* |
| 01/04/2022 | OTHER
*EXHIBITS TO PLAINTIFF'S SECOND SUPPLEMENTAL DESIGNATION OF EXPERTS* |
| 01/05/2022 | OTHER
*RULE 203 CERTIFICATE-ROTONDO, DEAN, JOHN M.D. P.A* |

01/05/2022
OTHER
*NON-PARTY MEDIA VERITE S UNOPPOSED REQUEST FOR ORDER TO ALLOWRECORDING AND BROADCASTING OF COURT PROCEEDINGS*

| | |
|---|---|
| 01/05/2022 | OTHER
*LETTER TO JUDGE SOIFER FROM COUNSEL* |

01/07/2022
ANSWER

345th District Court

## Case Summary

### Case No. D-1-GN-18-001842

*DEFENDANT, FREE SPEECH SYSTEMS, LLC S, RESPONSE IN OPPOSITION TO PLAINTIFFS MOTION FOR SANCTIONS REGARDING CORPORATE REPRESENTATIVE DEPOSITION*
Party:  Defendant FREE SPEECH SYSTEMS LLC
Party 2:  Attorney Reeves, Bradley Jordan

| | |
|---|---|
| 01/07/2022 | OTHER<br>    *PROPOSED ORDER* |
| 01/11/2022 | NOTICE<br>    *NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL*<br>    Party:  Defendant FREE SPEECH SYSTEMS LLC;<br>          Defendant INFOWARS LLC;<br>          Defendant JONES, ALEX E<br>    Party 2:  Attorney Blott, Jacquelyn W |
| 01/12/2022 | MOTION<br>    *DEFENDANTS MOTION FOR CONTEMPT AND SANCTIONS*<br>    Party:  Defendant JONES, ALEX E |
| 01/24/2022 | ORDER    (Judicial Officer: GAMBLE, MAYA GUERRA)<br>    *ORDER ON PLAINTIFFS' MOTION FOR SANCTIONS REGARDING CORPORATE DEPOSTION* |
| 02/01/2022 | MOTION<br>    *PLAINTIFFS' MOTION FOR SANCTIONS UNDER RULE 215.4 RELATING TO REQUEST FOR ADMISSION*<br>    Party 2:  Attorney Bankston, Mark DuQuesnay |
| 02/08/2022 | NOTICE<br>    *NOTICE OF FILING OF DECLARATION ON ATTORNEY'S FEES* |
| 02/09/2022 | NOTICE<br>    *NOTICE OF DEPOSITION OF CORPORATE REPRESENTATIVE*<br>    Party:  Defendant FREE SPEECH SYSTEMS LLC;<br>          Defendant INFOWARS LLC;<br>          Defendant JONES, ALEX E<br>    Party 2:  Attorney Reeves, Bradley Jordan |
| 02/17/2022 | MOTION<br>    *UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL*<br>    Party:  Defendant FREE SPEECH SYSTEMS LLC;<br>          Defendant INFOWARS LLC;<br>          Defendant JONES, ALEX E |
| 02/17/2022 | OTHER<br>    *PROPOSED ORDER* |
| 02/22/2022 | MOTION<br>    *MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE*<br>    Party:  Defendant FREE SPEECH SYSTEMS LLC;<br>          Defendant INFOWARS LLC;<br>          Defendant JONES, ALEX E<br>    Party 2:  Attorney Blott, Jacquelyn W |
| 02/22/2022 | OTHER<br>    *PROPOSED ORDER* |
| 02/25/2022 | ORDER    (Judicial Officer: GAMBLE, MAYA GUERRA)<br>    *ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL*<br>    Party:  Defendant FREE SPEECH SYSTEMS LLC;<br>          Defendant INFOWARS LLC; |

**345th District Court**

## Case Summary

### Case No. D-1-GN-18-001842

Defendant JONES, ALEX E

02/25/2022   NOTICE
*NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL*
Party 2:   Attorney Akers, Cordt Cullen;
Attorney Bankston, Mark DuQuesnay

02/25/2022   NOTICE
*NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL*
Party 2:   Attorney Akers, Cordt Cullen

03/01/2022   ANSWER
*PLAINTIFFS RESPONSE TO NORMAN PATTIS MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE*
Party 2:   Attorney Akers, Cordt Cullen

03/01/2022   ANSWER
*PLAINTIFFS RESPONSE TO MOTION FOR CONTEMPT AND SANCTIONS*
Party 2:   Attorney Akers, Cordt Cullen

03/04/2022   MOTION
*PLAINTIFFS MOTION FOR SANCTIONS REGARDING CORPORATE DEPOSITION*

03/04/2022   MOTION
*PLAINTIFFS MOTION FOR LEAVE TO DESIGNATE EXPERT ON NET WORTH*

03/08/2022   NOTICE
*NOTICE OF APPEARANCE*
Party:   Defendant FREE SPEECH SYSTEMS LLC;
Defendant INFOWARS LLC;
Defendant JONES, ALEX E
Party 2:   Attorney REYNAL, FEDERICO ANDINO

03/08/2022   NOTICE
*AMENDED NOTICE OF APPEARANCE*
Party:   Defendant FREE SPEECH SYSTEMS LLC;
Defendant INFOWARS LLC;
Defendant JONES, ALEX E
Party 2:   Attorney REYNAL, FEDERICO ANDINO

03/08/2022   ANSWER
*DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR SANCTIONS REGARDING CORPORATE DEPOSITION*
Party:   Defendant FREE SPEECH SYSTEMS LLC;
Defendant INFOWARS LLC;
Defendant JONES, ALEX E
Party 2:   Attorney Blott, Jacquelyn W

03/08/2022
OTHER
*EXHIBIT A TO DEFENDANTS RESPONSE TO MOTION FOR SANCTIONS REGARDING CORPORATE DEPOSITION*

03/08/2022
OTHER
*EXHIBIT B TO DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR SANCTIONS REGARDING CORPORATE DEPOSITION*

03/08/2022
ANSWER
*DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS UNDER RULE 215.4 RELATING TO REQUESTS FOR ADMISSIONS*
Party:   Defendant FREE SPEECH SYSTEMS LLC;

345th District Court

## Case Summary

### Case No. D-1-GN-18-001842

Defendant INFOWARS LLC;
Defendant JONES, ALEX E
Party 2:   Attorney Blott, Jacquelyn W

03/25/2022   ORDER   (Judicial Officer: GAMBLE, MAYA GUERRA)
*ORDER ALLOWING RECORDING AND BROADCASTING OF COURT PROCEEDINGS*
Party:   Defendant JONES, ALEX E

03/28/2022   ORDER   (Judicial Officer: GAMBLE, MAYA GUERRA)
*AGREED ORDER ON PLAINTIFFS MOTION FOR LEAVE TO DESIGNATE EXPERT*
Party:   Defendant JONES, ALEX E

03/28/2022   ORDER   (Judicial Officer: GAMBLE, MAYA GUERRA)
*ORDER DENYING NORMAN PATTIS MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE*
Party:   Defendant JONES, ALEX E

04/01/2022   ORDER   (Judicial Officer: GAMBLE, MAYA GUERRA)
*ORDER ON PLAINTIFFS MOTION FOR SANCTIONS REGARDING CORPORATE DEPOSITION*

04/01/2022   OTHER
*REQUEST FOR ORDER TO ALLOW MEDIA COVERAGE OF PARTIES OR WITNESSES*

04/04/2022   MOTION
*OPPOSED MOTION FOR WITHDRAWAL OF COUNSEL*
Party:   Defendant FREE SPEECH SYSTEMS LLC;
Defendant INFOWARS LLC;
Defendant JONES, ALEX E

04/04/2022   OTHER
*Proposed Order on Motion to Withdraw*

04/04/2022   MOTION
*PLAINTIFFS MOTION FOR SANCTIONS ON WITHHELD TEXT MESSAGES*

04/05/2022
ORDER   (Judicial Officer: GAMBLE, MAYA GUERRA)
*ORDER ON PLAINTIFF'S MOTION FOR SANCTIONS UNDER RULE 215.4 RELATING TO REQUESTS FOR ADMISSION*

04/05/2022   ORDER   (Judicial Officer: GAMBLE, MAYA GUERRA)
*ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL*
Party:   Defendant FREE SPEECH SYSTEMS LLC;
Defendant INFOWARS LLC;
Defendant JONES, ALEX E

04/08/2022   NOTICE
*NOTICE OF FILING OF DECLARATION ON ATTORNEY S FEES*

---

## Hearings

---

Apr 25, 2022   *CANCELED* **Jury Trial**   (9:01 AM)
*Passed by Court*

May 23, 2022   *CANCELED* **Jury Trial**   (9:01 AM)
*Passed by Court*

Aug 22, 2022   *CANCELED* **Setting Date**   (9:01 AM)
*Passed by Court*